427 A.2d 241

Augustine et ux. v. Augustine et ux.

Appeal of Stephanie D. Augustine.

Submitted November 16, 1979. John M. Leonard, for appellants;  Richmond H. Ferguson, for appellees.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.